**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Action No.  15-cv-01311-REB-MEH

GOTHAM INSURANCE COMPANY,

     Plaintiff,

v.

STEVEN A. HANSEN,
HANSEN CONSTRUCTION, INC.,
VAUGHAN COUNTS,
THISHA McBRIDE,
CHARLIE LAWSON and SARALIZ LAWSON,
STEPHANIE MOSHER,
STEVEN NEW and KORI NEW,
CRAIG WILLIS and PAMELA WILLIS,
THE KORNREICH 1981 TRUST, KURT KORNREICH and HELEN KORNREICH,
JAMES VIDAKOVICH REVOCABLE TRUST and JAMES VIDAKOVICH,
GARY GRAY, MICHAEL CRYAN and BRIAN ALONGE,
ANDRE PONTIN and JULINE PONTIN,
PATRICK M. NESBITT,
DAVID ICE and LISA ICE,
RICHARD MOORE,
DANIEL HOCK and TONI HOCK,
J. CHRISTINE AMINI, NEIL ROSS, SOHRAB AMINI, and THE SOHRAB AMINI
TRUST,
JOSEPH DAVIS and KRISTIN DAVIS,
TINA ROCHOWIAK, MICHAEL ROCHOWIAK, MARTIN ROCHOWIAK, and
JAMIE PROUGH, and
CHADWICK MISKSCHL and SARAH MISKSCHL,

     Defendants.

---

**ORDER GRANTING AGREED MOTION TO DISMISS HOMEOWNER DEFENDANTS**

---

**Blackburn, J.**

The matter before me is the parties' **Agreed Motion To Dismiss Homeowner Defendants** [#26],[1] filed January 21, 2016.  After careful review of the motion and the file, I conclude the motion should be granted and plaintiff's claims against the homeowner defendants dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the parties' **Agreed Motion To Dismiss Homeowner Defendants** [#26], filed January 21, 2016, is granted;

2.  That plaintiff's claims against defendants, Vaughan Counts; Thisha McBride; Charlie Lawson and Saraliz Lawson; Stephanie Mosher; Steven New and Kori New; Craig Willis and Pamela Willis; the Kornreich 1981 Trust; Kurt Kornreich and Helen Kornreich; James Vidakovich Revocable Trust and James Vidakovich; Gary Gray; Michael Cryan and Brian Alonge; Andre Pontin and Juline Pontin; Patrick M. Nesbitt; David Ice and Lisa Ice; Richard Moore; Daniel Hock and Toni Hock; J. Christine Amini; Neil Ross; Sohrab Amini and the Sohrab Amini Trust; Joseph Davis and Kristin Davis; Tina Rochowiak, Michael Rochowiak, Martin Rochowiak, and Jamie Prough; and Chadwick Miskschl and Sarah Miskschl, are dismissed with prejudice with the affected parties to pay their own attorney fees and costs;

3.  That defendants, Vaughan Counts; Thisha McBride; Charlie Lawson and Saraliz Lawson; Stephanie Mosher; Steven New and Kori New; Craig Willis and Pamela Willis; the Kornreich 1981 Trust; Kurt Kornreich and Helen Kornreich; James Vidakovich Revocable Trust and James Vidakovich; Gary Gray; Michael Cryan and Brian Alonge;

---

[1]  "[#26]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.

Andre Pontin and Juline Pontin; Patrick M. Nesbitt; David Ice and Lisa Ice; Richard

Moore; Daniel Hock and Toni Hock; J. Christine Amini; Neil Ross; Sohrab Amini and the

Sohrab Amini Trust; Joseph Davis and Kristin Davis; Tina Rochowiak, Michael

Rochowiak, Martin Rochowiak, and Jamie Prough; and Chadwick Miskschl and Sarah

Miskschl, are dropped as named parties to this action, and the case caption amended

accordingly.

Dated January 22, 2016, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge