**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  15-cv-01311-REB-MEH

GOTHAM INSURANCE COMPANY,

    Plaintiff,

v.

STEVEN A. HANSEN, and
HANSEN CONSTRUCTION, INC.,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me on the parties' notice of **Joint Dismissal Pursuant to FRCP 41(a)(1)(A)(ii)** [#29],[1] filed February 8, 2016.  After careful review of the stipulation  and the file, I conclude that the notice should be approved and that plaintiff's claims against the remaining defendants dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the parties' notice of **Joint Dismissal Pursuant to FRCP 41(a)(1)(A)(ii)** [#29], filed February 8, 2016, is approved;

2. That all remaining claims and counterclaims asserted between the remaining parties in this matter are dismissed with prejudice, with the parties to pay their own attorney fees and costs;

---

[1] "[#29]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.

      3. That all pretrial deadlines are vacated;

      4. That the combined Final Pretrial Conference and Trial Preparation Conference set January 6, 2017, at 2:30 p.m., and the trial scheduled to commence January 23, 2017, are vacated; and

      5. That this case is closed.

Dated February 10, 2016, at Denver, Colorado.

**BY THE COURT:**

*/s/ Robert E. Blackburn*
Robert E. Blackburn
United States District Judge